**Order issued October 3, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01255-CV

## IN THE ESTATE OF OLEN F. CUNNINGHAM, DECEASED

# ORDER

Appellee's motion requesting permission to present oral argument at the submission of

this case on October 10, 2012 at 9:00 a.m. is hereby **GRANTED**.

JOSEPH B. MORRIS
JUSTICE